UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMMUNITY BANCORP OF LOUISIANA, INC.** * * * **VERSUS** * * * **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE COMPANY** * * * * * * * * * * * * * | **CIVIL ACTION NO.: 3:22-00814** **JUDGE: JWD** **MAGISTRATE: EWD** |

**********************************************************************

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS PENDING OUTCOME OF MEDIATION

Plaintiff, Community Bancorp of Louisiana, Inc., and Defendants, Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, submit the following memorandum in support of their joint motion for temporary stay of proceedings pending outcome of mediation.

**I. INTRODUCTION**

This suit arises from a commercial property insurance claim made by Community Bancorp of Louisiana, Inc., who, according to the Petition, suffered damages on or about August 29, 2021, as a result of Hurricane Ida. They specifically allege in the Petition for Damages that the property located at 6473 Highway 44, Suite 106, Gonzales, Louisiana 70737 (the "Property") was damaged as a result of Hurricane Ida. At the time of the loss, Community Bancorp of Louisiana, Inc.'s

Property was insured by the Defendants under a surplus lines commercial property insurance policy bearing Account No. 846825 (the "Policy").

On August 25, 2022, Community Bancorp of Louisiana, Inc. filed a Hurricane Ida Petition Damages in the 23rd Judicial District Court for the Parish of Ascension against all Defendants related to and arising out of the Policy and Community Bancorp of Louisiana, Inc.'s claimed damages. On October 19, 2022, Defendants removed the state court action to this Court, where it is currently pending.

Community Bancorp of Louisiana, Inc. filed ten (10) separate lawsuits in several different judicial district courts across Louisiana against Defendants for alleged damages, caused by Hurricane Ida, to separate properties related to and arising out of the Policy. Defendants removed all eleven (11) lawsuits to the three United States District Courts in Louisiana. Defendants and Community Bancorp of Louisiana, Inc. are now in the process of attempting to resolve all eleven (11) lawsuits in mediation. Further, four (4) of the eleven lawsuits (11) have already been stayed

**WHEREFORE**, Defendants and Plaintiff request that this action be temporarily stayed pending the outcome of mediation.

| Respectfully submitted: | Respectfully Submitted, |
|---|---|
| **ALVENDIA, KELLY & DEMAREST, LLC** | **DEUTSCH KERRIGAN, LLP** |
| BY: _/s/ Kurt A. Offner_<br>**RODERICK "RICO" ALVENDIA, #25554**<br>rico@akdlalaw.com<br>**J. BART KELLY, III, #24488**<br>bart@akdlalaw.com<br>**JEANNE K. DEMAREST, #23032**<br>jeanne@akdlalaw.com<br>**KURT A. OFFNER, #28176**<br>kurt@akdlalaw.com<br>**JENNIFER KUECHMANN, #36886**<br>jennifer@akdlalaw.com<br>**CASSIE P. GAILMOR, #33319**<br>cassie@akdlalaw.com<br>909 Poydras Street, Suite 1625<br>New Orleans, LA 70112<br>Phone: 504-200-0000<br>Attorneys for plaintiff, Community Bancorp of Louisiana, Inc. | BY: _/s/ Talbot M. Quinn_<br>**SEAN P. MOUNT, #27584**<br>smount@deutschkerrigan.com<br>**BRYCE M. ADDISON, #36345**<br>baddison@deutschkerrigan.com<br>**TALBOT M. QUINN, #36632**<br>tquinn@deutschkerrigan.com<br>755 Magazine Street<br>New Orleans, LA 70130<br>Phone: 504-581-5141<br>Attorneys for defendants, Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 21st day of December, 2022 served a copy of the foregoing pleading on counsel for all parties to this proceeding either by e-mailing, faxing or by mailing the same by United States mail, properly addressed and first-class postage prepaid.

*/s/ Talbot M. Quinn*